# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | In proceedings under Chapter 13 |
| | ) | Honorable Barry S. Schermer |
| Albert Aaron Eckard, | ) | |
| | ) | Case No 07-45947-399 |
| Debtor. | ) | RE:  MTN 6 |

## AGREED ORDER IN SETTLEMENT OF CHRYSLER'S OBJECTION TO DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

Chrysler Financial Corporation ("Chrysler"), and Debtor, through his attorneys, in settlement of Chrysler's Objection to Debtor's Motion to Extend Automatic Stay, agree as follows:

1.      That the provisions of 11 U.S.C. Sec. 362(a) pursuant to 11 U.S.C. (c)(3)(B) and (C) are hereby extended except as hereinafter stated.  Debtor's Motion to Extend Automatic Stay be and is hereby GRANTED and that Debtor's automatic stay is reinstated and shall remain in effect against all creditors except Chrysler Financial Corporation until further Order of this Court.

2.      Chrysler holds a valid secured interest in the following vehicles:

> 2002 Chrysler PT Cruiser, VIN: 3C8FY68B82T294103
> 2003 Jeep Liberty, VIN: 1J4GL58K93W549846

3.      Chrysler filed an Objection to Debtor's Motion to Extend Automatic Stay in reference to the aforementioned vehicles.

4.      In settlement of that Objection to Debtor's Motion to Extend Automatic Stay, the parties agree that Debtor shall hereafter make the regular monthly payments to the Trustee per the Plan upon the entry of this Order, and shall maintain said payments as proposed by the Plan.

5.      Chrysler agrees that the automatic stay shall remain in effect and Chrysler will receive future payments on both of its secured claims pursuant to the Plan.

6.       If the automatic stay is maintained or reinstated as provided above, and if Debtor thereafter becomes delinquent more than 30 days in any payment to the Chapter 13 Trustee, DaimlerChrysler may file a Notice of Default and mail a copy to Debtor and Debtor's attorney.

7.      If Debtor does not cure the default and provide proof of such cure to counsel for Chrysler, then relief of the automatic stay under 11 U.S.C. §362 is automatically granted 10 days after the notice of default AND upon further Order of the Court,  Chrysler may submit an order stating such to the court.

8.      The ten (10) days shall be counted as follows: if sent by first class U.S. Mail, postage prepaid, from the date of the post-mark, or if sent by facsimile, from the date shown on the confirmation page.

IT IS THEREFORE ORDERED THAT Chrysler's Objection to Debtor's Motion to Extend Automatic Stay is denied as settled; that the automatic stay shall remain in effect as to the vehicle described above, that Debtor shall provide Chrysler with adequate protection according to the foregoing terms by maintaining payments to the Trustee.  In the event that Debtor fails to provide Chrysler with adequate protection on such terms, the automatic stay shall terminate as described above.

DATED:  October 29, 2007
          St. Louis, Missouri

                                        Barry S. Schermer
                                Chief United States Bankruptcy Judge

amw

**/s/Nathan H. Goldberg_____**
Nathan H. Goldberg
1014 Lami
St. Louis, MO 63104
Attorney for Debtor

**/s/ Angela R. Huffman, #57587, #551280**
Angela R. Huffman, #57587, #551280
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Attorneys for Chrysler


Agreed Order Prepared by:
Angela R. Huffman
Riezman Berger, P.C.
7700 Bonhomme Ave.,7th Fl.
St. Louis, Missouri 63105
(314) 727-0101
Copies of the foregoing to:

Angela R. Huffman                          Attorney for Movant
Riezman Berger, P.C.
7700 Bonhomme Ave.,7th Fl.
St. Louis, Missouri 63105

Albert Aaron Eckard                          Debtor
15721 Bethany Rd.
Sycamore, IL 60178


Nathan H. Goldberg                           Attorney for Debtor
1014 Lami
St. Louis, MO 63104


John V. LaBarge, Jr.                         Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of United States Trustee
111 South 10th Street, Room 6353
St. Louis, MO 63102

ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX.