# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-45947-399 |
| | ) | Chapter 13 |
| Albert Aaron Eckard, | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| Chrysler Financial Services Americas, | ) | |
| L.L.C., f/k/a DaimlerChrysler Financial | ) | |
| Services Americas, L.L.C. | ) | |
| Movant, | ) | |
| v. | ) | Hearing Date: March 23, 2011 |
| | ) | Hearing Time: 11:00 a.m. |
| Albert Aaron Eckard, | ) | Location: Court Room 5 North |
| | ) | |
| Debtors, | ) | |
| | ) | |
| and | ) | |
| John V. LaBarge, Jr., Trustee, | ) | |
| Respondents. | ) | |

## NOTICE OF HEARING FOR NOTICE OF DEFAULT

PLEASE TAKE NOTICE that the undersigned will move before the Honorable Barry S. Schermer in the United States Bankruptcy Court, Thomas F. Eagleton Courthouse, 111 S. 10th Street **5**th Floor, North Courtroom; on **March 23, 2011 at 11 :00 a. m.**, or as soon thereafter as counsel can be heard, for an order on the underlying notice of default for relief from automatic stay.

                                                                                 Respectfully submitted,
                                                                                  RIEZMAN BERGER, P.C.

                                                                                  By: **/s/ Kathryn A. Klein**
                                                                                  Kathryn A. Klein, #35874, #3571
                                                                                  7700 Bonhomme Avenue, 7th Floor
                                                                                  St. Louis, Missouri 63105
                                                                                  (314) 727-0101 phone
                                                                                  (314) 727-1086 fax
                                                                             Attorney for Chrysler Financial

# CERTIFICATE OF SERVICE

   A copy of the foregoing document made was served on the following parties via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following on the 28th day of February, 2011, to:

| | |
|---|---|
| Albert Aaron Eckard<br>15721 Bethany Rd.<br>Sycamore, IL 60178 | Debtor |
| Nathan H. Goldberg<br>6901 Gravois Road<br>St. Louis, MO 63116 | Attorney for Debtors |
| John V. LaBarge, Jr.<br>P.O. Box 430908<br>St. Louis, MO 63143 | Chapter 13 Trustee |
| Office of the United States Trustee<br>111 S. Tenth St., Ste. 6353<br>St. Louis, MO 63102 | |

                         **/s/ Kathryn A. Klein**