**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 07-45947-399 |
| | ) | Chapter 13 |
| Albert Aaron Eckard, | ) | |
| Debtor, | ) | |
| | ) | |
| Chrysler Financial Services Americas, L.L.C. | ) | |
| f/k/a DaimlerChrysler Financial Services | ) | |
| Americas, L.L.C. successor by merger to | ) | |
| DaimlerChrysler Services North America, | ) | **Motion No. 16** |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Albert Aaron Eckard, | ) | |
| Debtor, | ) | |
| | ) | |
| and | ) | |
| John V. LaBarge, Jr., Trustee, | ) | |
| Respondents. | ) | |

**ORDER GRANTING NOTICE OF DEFAULT OF**
**STIPULATION AND SETTLEMENT ORDER**

Chrysler Financial Services Americas, L.L.C. f/k/a DaimlerChrysler Financial Services

Americas, L.L.C. successor by merger to DaimlerChrysler Services North America, L.L.C.

("Chrysler Financial") having filed its Notice of Default of Stipulation and Debtor having filed a

Response thereto. The Court finds that said Stipulation has been defaulted, and Chrysler

Financial is entitled to relief.

**IT IS THEREFORE ORDERED** that Chrysler Financial is authorized to enforce its

rights against the property described as:

> 2002 Chrysler PT Cruiser, VIN: 3C8FY68B82T294103 and
> 2003 Jeep Liberty, VIN: 1J4GL58K93W549846

pursuant to the terms and conditions of its security instrument and applicable non-bankruptcy law, that for such purpose the automatic stay of 11 U.S.C. §362 is terminated, and that the estate's interest in said property is abandoned.

   **IT IS FURTHER ORDERED** that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order.  The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-1.

   **IT IS FURTHER ORDERED** that the fourteen day stay is waived pursuant to Rule 4001(a)(3), Fed.R.Bankr.P., and Chrysler Financial may immediately enforce and implement this Order.

 DATED:  May 11, 2011
 St. Louis, Missouri                                    Barry S. Schermer
 lat                                                    Chief United States Bankruptcy Judge

Order Prepared by:
Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme Ave.,7th Fl.
St. Louis, Missouri 63105
(314) 727-0101