## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-45947-399 |
| | ) | Chapter 13 |
| Albert Aaron Eckard, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## RESPONSE TO DEBTOR'S MOTION TO VACATE ORDER OF RELIEF

COMES NOW TD Auto Finance LLC f/k/a Chrysler Financial Services Americas,

L.L.C. ("TD Auto"), by counsel and responds as follows to Debtor's Motion to Vacate Order of

Relief:

1. TD Auto admits the allegations contained in paragraph 1.

1. TD Auto denies the allegations contained in paragraph 2.

2. TD Auto lacks sufficient information to admit or deny the allegation contained in

paragraph 3 and so, denies same.

3. TD Auto admits the allegations contained in paragraph 5.

4. TD Auto lacks sufficient information to admit or deny the allegation contained in

paragraph 6 and so, denies same.

5. TD Auto denies the allegations contained in paragraph 7.

6. Debtor's intent may have been to provide TD Auto with adequate protection but

all funds recently paid into the Trustee were dispersed to other creditors and TD Auto has not

received any monies since March 2011.

WHEREFORE, TD Auto respectfully prays that this Court overrule Debtor's Motion to

Vacate Order of Relief, and for any such other and further relief as this Court may deem just and

proper.

Respectfully submitted,

RIEZMAN BERGER, P.C.

By: **/s/ Kathryn A. Klein**
Kathryn A. Klein, #35874, #3571
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101 phone
(314) 727-1086 fax
Attorney for Chrysler Financial

## CERTIFICATE OF SERVICE

A copy of the foregoing document made was served on the following parties via
electronic means for those available and otherwise by postage prepaid, in the United States Mail,
by first-class mail to the following on the 3rd day of June, 2011:

Albert Aaron Eckard                             Debtor
15721 Bethany Rd.
Sycamore, IL 60178


Nathan H. Goldberg                              Attorney for Debtor
6901 Gravois Road
St. Louis, MO 63116


John V. LaBarge, Jr.                            Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143


Office of the United States Trustee
111 S. Tenth St., Ste. 6353
St. Louis, MO 63102



**/s/ Kathryn A. Klein**